

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2019

No. 04-18-00302-CR

Nicanor C. **SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7395
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

This appeal was submitted by oral argument on March 6, 2019. After oral argument, but on the same day, the State filed a motion for permission to file a supplemental brief and the supplemental brief. *See* TEX. R. APP. P. 38.7; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.4, cmt. The State's supplemental brief addresses an opinion argued by Appellant at oral argument.

The State's motion for leave to file a supplemental brief is GRANTED; the supplemental brief is filed. *See* TEX. R. APP. P. 38.7.

It is so **ORDERED** on March 8, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

